Vivian M. KELLEY, Plaintiff—Appellant,

v.

UNIVERSITY OF RICHMOND, School of Continuing Studies, Defendant—Appellee.

No. 06–1760.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2006.

Decided: Dec. 27, 2006.

Vivian M. Kelley, Appellant Pro Se. Gilbert Everett Schill, Jr., Stephanie Ploszay Karn, McGuirewoods, L.L.P., Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivian M. Kelley appeals the district court's order granting the University of Richmond's Fed.R.Civ.P. 12(b)(6) motion to dismiss her complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kelley v. Univ. of Richmond,* No. 3:06–cv–00203–JRS, 2006 WL 1555933 (E.D. Va. June 2, 2006). We further deny Kelley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*